No. 92–8036. PHILLIPS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8037. COCHRAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8040. WEIMER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8042. ARNOLD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8046. FARMER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8047. DUFF-SMITH v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8048. STEVENS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8050. ADAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8051. TRAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8053. ARAUJO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8057. STAGNER v. PATENT AND TRADEMARK OFFICE ET AL. C. A. Fed. Cir. Certiorari denied.

No. 92–8059. ALLEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8071. NNANI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8072. ORTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8074. PARDO-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.